CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 22 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONALD CORNELIUS JACKSON,<br>    Plaintiff, | Civil Action No. 7:16-cv-00180 |
| v. | **ORDER** |
| A. DAVID ROBINSON, et al.,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>    Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the motion to amend (ECF No. 15) is **DENIED**; the complaint is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b); and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 22rd day of September, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge